JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA and DANIEL MORALES,<br>    Plaintiffs,<br><br>            v.<br><br>COUNTY OF SAN BERNARDINO, Deputy Darwin Anderson, Deputy Eric De Dios, Deputy Matthew Jimenez, Sheriff Custody Specialist Coletta Wortham,<br>    Defendants. | 5:22-cv-01538-DSF-JC<br><br>JUDGMENT |

   The Court having granted Defendants' motion for summary judgment as to Counts 1, 2, 3, 5, 6, 7, and 9 of the Fourth Amended Complaint, and having dismissed Counts 4 and 8 without prejudice pursuant to 28 U.S.C § 1367(c)(3), and Counts 10 and 11 having been previously dismissed without prejudice pursuant to stipulation,

   IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed.

Date: July 2, 2024

_____
Dale S. Fischer
United States District Judge